## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-60031-UU

Plaintiff:
**HOWARD MICHAEL CAPLAN**

vs.

Defendant:
**JACKO'S COMPLETE AUTO SERVICE, INC. ET AL**


OJF2020000343

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 7th day of January, 2020 at 4:02 pm to be served on **JACKO'S COMPLETE AUTO SERVICE, INC. C/O HAGOP FINDIKOGLU REGISTERED AGENT, 1141 W. MCNAB ROAD, BAY 1, POMPANO BEACH, FL 33069.**

I, HERBERT SCHWARTZ, do hereby affirm that on the **8th day of January, 2020** at **12:53 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **HAGOP FINDIKOGLU** as **Registered Agent** At the address of: **1141 W. MCNAB ROAD, BAY 1, POMPANO BEACH, FL 33069** for **JACKO'S COMPLETE AUTO SERVICE, INC. C/O HAGOP FINDIKOGLU REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

HERBERT SCHWARTZ
SPS #278

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020000343

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g